Lisa Bruno, Appellant, v Stephen Bruno et al., Respondents.

Submitted March 19, 2012; decided May 1, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 805 (2012)]. Cross motion for the imposition of sanctions denied.

Frank Cervera, Appellant, v Rossanna Bressler, Respondent.

Decided May 1, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of the Claim of Ronald I. Cohen, Respondent. Town of Brookhaven, Appellant; Commissioner of Labor, Respondent.

Submitted February 27, 2012; decided May 1, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of Derek P., Appellant, v Doris Q., Respondent. (And Another Related Proceeding.)

Submitted March 12, 2012; decided May 1, 2012

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed appellant's appeal from Family Court's dismissal of his petition to enforce a prior Family Court order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.